IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

MICHAEL PRITCHETT,                  :
                                    :       Civ. No. 20-14190 (RMB/SAK)
            Plaintiff               :
                                    :
      v.                            :       **MEMORANDUM ORDER**
                                    :
SALEM COUNTY PRISON,                :
                                    :
            Defendant               :

Plaintiff filed a pro se prisoner civil rights complaint on October 9, 2020. (Compl., Dkt. No. 1.) Legal mail sent to Plaintiff at his last known address was returned to the Court as undeliverable on November 9, 2020. (Dkt. No. 2.) Plaintiff has not notified the Court of his new address.

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

**IT IS** therefore on this **4th day of May 2021**,

**ORDERED** that this case is dismissed without prejudice pursuant to Local Civil Rule 10.1(a); and the Clerk shall close this matter; and it is further

**ORDERED** that Plaintiff may seek to reopen this matter, if, within 30 days from the date of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order and the accompanying Opinion to Plaintiff's last known address.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**